IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER GIORDANNI CHACON MALDONADO,

          Petitioner,

    vs.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

          Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case № 1:26-cv-00628-JLT-SKO (HC)

**ORDER
ON PETITIONER'S MOTION TO
APPOINT COUNSEL**

**(28 U.S.C. § 2241: Detained
Person in ICE Custody)**

Upon considering the Federal Defender's *Amicus Declaration of Federal Defender to Consider Appointing an Attorney for Petitioner,* in part noting the court has not yet ruled on Petitioner ROGER GIORDANNI CHACON MALDONADO's *Motion to Appoint Counsel* (Dkt. 2 filed 1/26/26), and pursuant to 18 U.S.C. §§ 3005 and 3006A, this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED,

1.     appointing counsel for Petitioner in this matter and

2.     the appointing authority for the Eastern District of California

shall identify counsel and send counsel's contact information to this court's Courtroom Deputy via email who shall update the docket to reflect counsel's appointment;

3.      such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to the District in this matter only, and

4.      this appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy.

IT IS SO ORDERED.

Dated:   **February 3, 2026**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE