UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIORDANNI CHACON MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-00628-JLT-SKO (HC)<br><br>**ORDER APPOINTING COUNSEL** |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 4, 2026, the Court issued an order granting Petitioner's motion to appoint counsel. (Doc. 9.) Pursuant to the order, the Federal Defender has identified Sacramento Panel Attorney, Timothy Zindel, who will assume Petitioner's representation in this case.

Accordingly, Timothy Zindel, Esq., is appointed as Petitioner's counsel of record, *nunc pro tunc* to February 5, 2026. The Clerk of Court is directed to make the appropriate changes to the docket to reflect Mr. Zindel's appointment.

IT IS SO ORDERED.

Dated:   **February 6, 2026**              /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE