**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIORDANNI CHACON MALDONADO, (A Number: 220-727-672)<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX IC DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00628 JLT EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DIRECTING RESPONDENTS TO RELEASE PETITIONER IMMEDATELY; DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 21) |

Roger Giordanni Chacon Maldonado is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 27, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the Petition and order Respondents to immediately release Petitioner. (Doc. 21.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within ten days. (*Id.* at 7.) Over ten days have passed, and no party has filed objections. (*See* Docket.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

(1) The petition for the writ of habeas corpus is **GRANTED**.

(2) Respondents are directed to **RELEASE** Petitioner **IMMEDIATELY**.'

(3) The Clerk of Court shall notify the Central Valley Annex of this Order and shall thereafter **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 28, 2026**

UNITED STATES DISTRICT JUDGE